UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KRYSTLE DOHERTY,

    Plaintiff,

v.                                               Case No:   2:19-cv-18-FtM-99UAM

UNITED STATES OF AMERICA and
STATE OF FLORIDA,

    Defendants.
_____

## ORDER

This matter comes before the Court upon review of the Motions to Join filed by Stanley Dawidowicz and Karin Tang on March 5, 2019. Docs. 37, 38. On February 6, 2019, the Court denied without prejudice Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, construed as a Motion to Proceed *In Forma Pauperis* (Doc. 2) and allowed Plaintiff to file an amended complaint or pay the filing fee on or before March 5, 2019. Doc. 24 at 8-9. In the same Order, the Court denied without prejudice the Motions to Join filed from January 22, 2019 to February 5, 2019. *Id.* The Court denied the Motions to Join without prejudice to re-filing if and when *in forma pauperis* status is granted or Plaintiff pays the $400 filing fee. *See id.* Thus, the present motions will similarly be denied without prejudice. Stanley Dawidowicz and Karin Tang may re-file their motions if and when *in forma pauperis* status is granted or the filing fee is paid.

ACCORDINGLY, it is

**ORDERED:**

The Motions to Join filed by Stanley Dawidowicz and Karin Tang (Docs. 37, 38) are **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 5th day of March, 2019.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:
*Pro se* parties