UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KRYSTLE DOHERTY,

    Plaintiff,

v.                                      Case No: 2:19-cv-18-FtM-99UAM

UNITED STATES OF AMERICA and
STATE OF FLORIDA,

    Defendants.

## ORDER

This matter comes before the Court upon review of the Motion to Join filed by Lori Thomas on March 20, 2019. Doc. 48. On February 6, 2019, the undersigned denied without prejudice Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, construed as a Motion to Proceed *In Forma Pauperis* (Doc. 2). Doc. 24 at 8-9. In the same Order, the undersigned denied without prejudice the Motions to Join filed from January 22, 2019 to February 5, 2019. *Id.* The undersigned denied the Motions to Join without prejudice to re-filing if and when *in forma pauperis* status is granted or Plaintiff pays the $400 filing fee. *See id.* On March 13, 2019, the undersigned issued a Report and Recommendation to the district court recommending that the case be dismissed without prejudice. Doc. 47. To date, no amended complaint has been filed and the filing fee has not been paid. Thus, the present motion will be denied without prejudice. Lori Thomas may re-file her motion if and when *in forma pauperis* status is granted or the filing fee is paid.

ACCORDINGLY, it is

**ORDERED:**

The Motion to Join filed by Lori Thomas (Doc. 48) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 21st day of March, 2019.

*[signature]*
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:
*Pro se* parties