UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KRYSTLE DOHERTY,

    Plaintiff,

v.    Case No: 2:19-cv-18-FtM-99UAM

UNITED STATES OF AMERICA and
STATE OF FLORIDA,

    Defendants.

## ORDER

This matter comes before the Court upon review of the Motion to Join filed by Marguerite Martin on April 9, 2019. Doc. 56. On April 3, 2019, the Honorable Sheri Polster Chappell dismissed this case without prejudice. Doc. 55. Thus, the motion will be denied as moot.

ACCORDINGLY, it is

**ORDERED:**

The Motion to Join filed by Marguerite Martin (Doc. 56) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 11th day of April, 2019.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:
*Pro se* parties