UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KRYSTLE DOHERTY,

    Plaintiff,

v.    Case No: 2:19-cv-18-FtM-99UAM

UNITED STATES OF AMERICA and
STATE OF FLORIDA,

    Defendants.

## ORDER

This matter comes before the Court upon review of the Motion to Join filed by Jacqueline Knapp on April 12, 2019. Doc. 58. On April 3, 2019, the Honorable Sheri Polster Chappell dismissed this case without prejudice. Doc. 55. Thus, the motion will be denied as moot.

ACCORDINGLY, it is

**ORDERED:**

The Motion to Join filed by Jacqueline Knapp (Doc. 58) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 15th day of April, 2019.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:
*Pro se* parties